# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**UNITED STATES OF AMERICA,**
**ex rel., THOMAS F. JAMISON**                                                    **PLAINTIFFS**

**VERSUS**                                                                 **NO. 2:04CV355-SA-DAS**

**BEVERLY OF TUPELO, et al.**                                                    **DEFENDANTS**

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2), the court rules as follows:

IT IS ORDERED that,

1. The complaint be served upon the defendants by the relator;

2. Consistent with the court's Order (# 45) unsealing this case, all contents of the court's file in this matter dated prior to that Order, with the exception of the complaint and the Government's Notice (# 44) declining intervention, shall remain under seal;

3. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States is entitled to intervene in this action, for good cause, at any time;

4. All orders of this court shall be sent to the United States; and that

5. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED this, the 18th day of August, 2010.

                                                                       /s/ David A. Sanders
                                                                          U. S. Magistrate Judge